## Commonwealth *v.* Kimbrough, Appellant.

718

Submitted September 11, 1967. *James Kimbrough,* appellant, in propria persona; *Vram S. Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.